FILED

07/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0738

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0738

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

AMBER BURNETTE,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Motion to Correct the Caption with the Correct Spelling of Appellant's Name and good cause appearing,

IT IS HEREBY ORDERED that the caption shall read "State of Montana v. Amber Burnett"

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 16 2021